IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TEXAS GIRLS' CHOIR, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-CV-00804-A |
| § | |
| THE CINCINNATI INSURANCE § | |
| COMPANY § | |
| § | |
| Defendant. § | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Texas Girls' Choir, Inc. ("TGC") and Defendant Cincinnati Specialty Underwriters Insurance Company, improperly named as The Cincinnati Insurance Company, hereby stipulate to a voluntary dismissal without prejudice of this action with each party bearing its own costs. The stipulation of dismissal is signed by all parties who have appeared, as required by the Rule.

Dated: April 6, 2018

Respectfully Submitted,

James M. McClenny
J. Zachary Moseley
Sean Patterson
MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway, E., Suite 200
Houston, Texas  77060

**ATTORNEYS FOR PLAINTIFF**

*and*

6116848 v1 (70149.00075.000)

_/s/ Donald A. Waltz_
Donald A. Waltz
State Bar No. 24048061
Ashley Veitenheimer
State Bar No. 24053356
**KANE RUSSELL COLEMAN LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone: 214.777.4200
Fax: 214.777.4299
Email: dwaltz@krcl.com

**ATTORNEYS FOR DEFENDANTS THE CINCINNATI INSURANCE COMPANY AND CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**