Case 4:17-cv-00804-A   Document 33   Filed 04/09/18   Page 1 of 1   PageID 343

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR -9 2018

CLERK, U.S. DISTRICT COURT
By_____
               Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TEXAS GIRLS' CHOIR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-804-A |
| | § | |
| THE CINCINNATI INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

Consistent with the stipulation of voluntary dismissal filed by the parties earlier on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by Texas Girls' Choir, Inc. against Cincinnati Specialty Underwriters Insurance Company[1] be, and are hereby, dismissed without prejudice, with each party to bear the costs of court incurred by that party.

SIGNED April 9, 2018.

_____
JOHN McBRYDE
United States District Judge

---

[1] Improperly named in this action as The Cincinnati Insurance Company.